**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Perry Bianco
                                          Plaintiff,

v.                                                       Case No.: 1:14–cv–07866
                                                                Honorable John Z. Lee

Blatt Hasenmiller, Leibsker & Moore, LLC, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 8, 2015:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 1/8/15. The parties are to exchange Rule 26(a)(1) disclosures by 1/30/15; initial written discovery requests are to be served by 2/15/15. Fact discovery shall close on 4/30/15. Status hearing set for 3/11/15 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.